UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LYNCH, et al., <br><br> PLAINTIFF(S) <br> v. <br> AML NETWORK, LTD, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 21-3574-GW-RAOx <br><br> RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 05/24/2021 | 10 | Application of Non-Resident Attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Docket No. 10 is stricken for the reason(s) stated in the Notice [11] filed on May 24, 2021.

Clerk, U.S. District Court

Dated: May 25, 2021    By: Javier Gonzalez
                          Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge